PEARLIE COGGINS DOZIER v. ANNETTE CRANDALL

No. 54PA92

(Filed 1 October 1992)

ON discretionary review of a decision of the Court of Appeals, 105 N.C. App. 74, 411 S.E.2d 635 (1992), pursuant to N.C.G.S. § 7A-31, affirming a judgment entered by *Reid, J.*, on 10 December 1990, in Superior Court, PITT County. Heard in the Supreme Court 10 September 1992.

*Evans & Lawrence, by Robert A. Evans, for plaintiff-appellant.*

*Gaylord, Singleton, McNally, Strickland & Snyder, by Danny D. McNally, for defendant-appellee.*

*Bailey & Dixon, by David M. Britt and Gary S. Parsons, for the North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

Discretionary review improvidently allowed.